IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No.   11-cv-01479-WYD-BNB

CORTEZ COX,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland Corporation also known as Lockheed Martin Space Systems Company,

    Defendant.

## ORDER OF RECUSAL

This matter is before me on a review of the file.   On June 27, 2011, Mr. David Powell was added as counsel for the Defendant pursuant to the Waiver of Service. (ECF No. 8.)   Due to the fact that Mr. Powell is a personal friend and associate in connection with non-court related activities, I believe it would be inappropriate for me to preside over this case.   Accordingly, I find that I should recuse myself from the case. It is therefore

ORDERED that the judge's file be returned to the clerk and that the case be reassigned by random draw.

Dated:   November 1, 2011

BY THE COURT:

s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge