IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01479-PAB-BNB

CORTEZ COX, an individual,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a/k/a Lockheed Martin Space Systems Company, a Maryland corporation,

Defendant.
_____

**ORDER**
_____

This matter arises on the following:

(1) **Plaintiff's Motion to Compel** [Doc. # 24, filed 3/29/2012] (the "Motion to Compel"); and

(2) **Plaintiff's Motion to File Reply** [Doc. # 33, filed 4/18/2012] (the "Motion to Reply").

I held a hearing on the motions this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1) The Motion to Compel [Doc. # 24] is DENIED;

(2) The defendant's request for sanctions in connection with the Motion to Compel is DENIED, the Motion to Compel being substantially justified; and

(3) The Motion to Reply [Doc. # 33] is GRANTED, and the Clerk of the Court is directed to accept for filing Plaintiff's Reply [Doc. # 32].

Dated April 24, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge