IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | | |
|---|---|---|
| Civil Action: | 11-cv-001479-WJM-BNB | Date: December 20, 2012 |
| Courtroom Deputy: | Julie Dynes | FTR: BNB COURTROOM A-401 |

| *Parties* | *Attorney(s)* |
|---|---|
| CORTEZ COX<br>**Plaintiff(s)** | *Nelson G. Alston via telephone* |
| v. | |
| LOCKHEED MARTIN CORPORATION<br>**Defendant(s)** | *David D. Powell, Jr.* |

**COURTROOM MINUTES**

**MOTIONS HEARING**

Court in Session: 10:10 a.m.

Appearance of counsel.

Argument presented on [53] Defendant's Emergency Motion for Leave to Take Preservation Deposition.

For reasons stated on the record,

**ORDERED:**  [53] Defendant's Emergency Motion for Leave to Take Preservation Deposition is GRANTED. Deposition is to occur on December 31, 2012 at a time agreeable by the parties.

Court in Recess: 10:28 a.m.   Hearing concluded.   Total time in Court: 00:18

\* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119