IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-01479-PAB-BNB

CORTEZ COX, an individual,

Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a/k/a Lockheed Martin Space Systems Company, a Maryland corporation,

Defendant.

_____

**ORDER**
_____

This matter arises on **Defendant's Emergency Motion for Leave to Take Preservation Deposition and Request for Telephonic Hearing** [Doc. # 53, filed 12/19/2012] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)   The Motion [Doc. # 53] is GRANTED; and

(2)   The discovery cut-off is extended to and including December 31, 2012, to allow for the deposition of Dr. John Nicoletti. The deposition shall occur at a date and time to be agreed to by the parties or, if they cannot agree, on December 31, 2012, at 9:00 a.m.

Dated December 20, 2012.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge