IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-01479-PAB-BNB

CORTEZ COX,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland Corporation also known as Lockheed Martin Space Systems Company,

    Defendant.
_____

## MINUTE ORDER
_____

**Entered by Judge Philip A. Brimmer**

    This matter comes before the Court on Defendant's Motion for Leave to Designate Videotaped Preservation Deposition [Docket No. 66]. On December 19, 2012, defendant filed an Emergency Motion for Leave to Take Preservation Deposition [Docket No. 53] of Dr. John Nicoletti. On December 20, 2012, the assigned magistrate judge granted defendant's motion and allowed defendant to take a preservation deposition of Dr. Nicoletti no later than December 31, 2012. Docket No. 57. On December 31, 2012, defendant took Dr. Nicoletti's preservation deposition. Docket No. 66 at 2, ¶ 4. Defendant now requests leave to designate deposition testimony from Dr. Nicoletti outside of the 45 days required by this Court's Practice Standards. *See* Practice Standards (Civil cases), Judge Philip A. Brimmer § II.F. The Court will grant defendant's request as follows. It is

    **ORDERED** that Defendant's Motion for Leave to Designate Videotaped Preservation Deposition [Docket No. 66] is **GRANTED**. It is further

    **ORDERED** that defendant's initial designations shall be due on January 7, 2013; plaintiff's reply shall be due on January 16, 2013; and defendant's objections to plaintiff's counter designations shall be due on January 18, 2013.

    DATED January 3, 2013.