**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  11-cv-01479-PAB-BNB

CORTEZ COX,

    Plaintiff,

v.

LOCKHEED MARTIN CORPORATION, a Maryland Corporation also known as Lockheed Martin Space Systems Company,

    Defendant.

---

**FINAL JUDGMENT**

---

    In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

    Pursuant to the Order (#77) of Hon. Philip A. Brimmer entered Jan. 11, 2013 it is

    ORDERED that Defendant's Motion for Summary Judgment (#38) is GRANTED. Accordingly, it is

    FURTHER ORDERED that judgment is hereby entered in favor of Defendant Lockheed Martin Corporation and against Plaintiff Cortez Cox, the plaintiff shall recover nothing, the action is dismissed.  Defendant is further **AWARDED** its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

    Dated at Denver, Colorado this  11th day of January, 2013.

                                               FOR THE COURT:
                                               JEFFREY P. COLWELL, CLERK

                                               By: s/Edward P. Butler
                                             Edward P. Butler, Deputy Clerk